UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE OF MICHIGAN,

    Plaintiff(s),      Case No. 24-10805

v.      Honorable Paul D. Borman

MARLON DEMON MATTHEWS,      Magistrate Judge

    Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

  A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: April 1, 2024      s/Paul D. Borman
               Paul D. Borman
               U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Linda V. Parker.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

  I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 1, 2024      s/N. Ahmed
               Deputy Clerk